**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| BENJAMIN HENDREN,<br>*Plaintiff-Appellant*,<br>v.<br>JOHN PATTON, et al.,<br>*Defendants-Appellees*. | Case No. 26-12393 |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BRASFIELD DEFENDANTS</u>**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1) and Eleventh Circuit Rule 42-1(a), Appellant Benjamin Hendren and Appellees Brasfield & Gorrie, LLC, Bradfield & Gorrie, LP, Jackson Bussey, and Moses Paige (collectively, the "Brasfield Defendants"), hereby stipulate that this action and all claims asserted by Hendren against the Brasfield Defendants shall be dismissed in their entirety with prejudice. Hendren and the Brasfield Defendants have entered into a confidential settlement agreement resolving Hendren's claims against the Brasfield Defendants, so there is no longer a live controversy between the parties. This stipulation of dismissal applies only to the appeal by Hendren as to the Brasfield Defendants and does not dismiss his appeal as to any other party, and nothing in this stipulation shall be construed as dismissal or relinquishment of any claims by Hendren as to any other party in this appeal. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted this 20th date of October 2026.

*/s/ Jim Davy*
Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
jimdavy@allriselaw.org
(215) 792-3579

*/s/ Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002
MITCHELL SHAPIRO GREENAMYRE & FUNT, LLP
881 Piedmont Avenue
Atlanta, GA 30309
(404) 812-4747

*Counsel for Appellant*
*Benjamin Hendren*

*/s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
lboney@bradley.com
(205) 521-8914

*Counsel for Appellees*
*Brasfield & Gorrie, LLC; Bradfield & Gorrie, LP; Jackson Bussey; and Moses Paige*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF efiling system, which will automatically send email notifications of such filing to all counsel of record.

*/s/ Zack Greenamyre*
Zack Greenamyre